**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NAPOLEON OLIVERA,

        Plaintiff,

vs.

CLARK COUNTY NV/CCDC *et al.*,

        Defendant.

2:18-cv-00896-APG-VCF

**ORDER**

    The court received a letter, dated May 7, 2020, from Las Vegas Metropolitan Police Department, responding to a subpoena as ordered in docket number 16. The letter identifies the first name, last name, and P# of Officer Church, who was involved in the slip and fall incident in this matter.

    Accordingly,

    The Clerk of Court is directed to file the above referenced letter and send a copy of the letter to the Plaintiff.

    DATED this 13th day of May, 2020.

                                                          CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE